In the Matter of the Transfer Tax upon the Estate of JAMES T. MILLER, Deceased.

THE AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Transfer tax — when corporation instituted for scientific research not an educational corporation within meaning of section 221 of Tax Law.*

*Matter of Miller (Estate)*, 189 App. Div. 920, affirmed.

(Argued September 30, 1920; decided October 19, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 1, 1919, which reversed an order of the Monroe County Surrogate's Court reversing a former order confirming the report of the transfer tax appraiser assessing a transfer tax upon the gift of the residuary estate of James T. Miller, deceased, to the appellant herein. The certificate of incorporation of appellant stated that the object and purpose for which said corporation was to be formed were the promotion of study and research with power:

(a) To hold real estate.

(b) To conduct, endow and assist investigation into the phenomena of hypnosis with practical therapeutics in this field.

(c) To conduct, endow and assist investigation into the phenomena of hallucinations and illusions, functional and other forms of insanity, secondary personality, and all psychopathic phenomena requiring special study and investigation.

(d) To conduct, endow and assist investigation of all alleged telepathy, alleged apparitions of the dead, mediumistic phenomena, alleged clairvoyance, and all facts claiming to represent supernormal acquisition of knowledge or the supernormal production of physical effects.

(e) To publish documents and reports representing the work of the institute.

(f) To direct research within the above prescribed fields.

(g) To do all things necessary to promote the object of said institute.

The Appellate Division held that the American Institute for Scientific Research is not an educational corporation within the meaning of section 221 of the Tax Law.

*Miles M..Dawson* for appellant.
*William T. Plumb* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.